## TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT KNOXVILLE



| | | |
|---|---|---|
| Judy Greene, | ) | Docket No. 2024-30-7240 |
| **Employee,** | ) | |
| v. | ) | |
| Covenant Homecare, | ) | State File No. 864-2024 |
| **Employer,** | ) | |
| And | ) | |
| Arch Insurance Co., claims administered by PMA Mgmt. Corp., **Carrier/TPA.** | ) ) ) | Judge Pamela B. Johnson |

**FILED**
**Feb 18, 2026**
**11:01 AM(ET)**
**TENNESSEE COURT OF WORKERS' COMPENSATION CLAIMS**

## AGREED COMPENSATION ORDER

Came the parties, by counsel, with reference to the post-settlement PBD filed in this matter by Employee on September 3, 2025, relating to certain medical charges not considered at the time of the original settlement, and advised the Court as follows:

This matter is the subject of a previous open medical settlement, approved on April 10, 2025 by the undersigned. Subsequently, the Employee filed a further PBD, seeking to require the Employer to pay for an air transportation flight, which related to a UT LifeStar flight from the scene of an automobile accident of December 28, 2023, out of which the Employee's work injury arose. The billing for that service had not been previously presented to the Employer, but was subsequently billed directly to the Employee, and the Employee filed a subsequent PBD on September 3X, 2025 seeking to compel that the Employer pay that billing. The matter was assigned to Bureau mediator Kristal Johnson. While efforts to resolve the matter were undertaken, no agreement had been reached or payment had been made as of the time the matter came before the mediator and accordingly a DCN was issued on October 31, 2025. However, subsequently, counsel for the Employer was advised that payment for the expenses in contention had been made by PMA, claims administrator for the Employer, on November 5, 2025. Since that time, the Employee has received no further or additional billing relating to the post-accident helicopter flight/expenses relating thereto. Accordingly, the parties now advise the Court that this matter has been resolved by agreement.

WHEREFORE, it appearing that the parties have now reached an agreement that the medical expense in question be paid by or on behalf of the Employer, and it appearing that such payment has been made and that such billing for that expense has been satisfied, it is hereby ORDERED that the benefits sought per the PBD of September 3, 2025 have been resolved. Further, this matter shall be removed from the Court's Show Cause Docket as the matter has been resolved.

The filing fee is assessed against Covenant Homecare to be paid within five days of entry of this order.

**ENTERED** __February 18,__ **2026.**

_Pamela B Johnson_
Pamela B. Johnson
**Workers' Compensation Judge**

APPROVED FOR ENTRY

By:_____
George R. Garrison, BPR014102 *with express permission*
Attorney for Employee
12142 Dolly Parton Pkwy
Sevierville, TN 37862-3711
(865) 453-7990
georgegarrison@volsfirm.net

ARNETT, BAKER, DRAPER & HAGOOD, LLP

By:_____
R. Kim Burnette, BPR011428
Attorney for Employer
PO Box 300
Knoxville, TN 37901-0300
(865) 546-7000
kburnette@arnettbaker.com

## CERTIFICATE OF SERVICE

I certify that a copy of this order was sent as shown on ___February 18, 2026___.

| Name | Mail | Email | Service sent to: |
|------|------|-------|------------------|
| George R. Garrison, Employee's Attorney | | X | georgegarrison@volsfirm.net |
| R. Kim Burnette, Employer's Attorney | | X | Kburnette@arnettbaker.com |


_Penny Shrum_
**PENNY SHRUM, COURT CLERK**
**Wc.courtclerk@tn.gov**